```
STEPHANIE YONEKURA                                          JS-6
Acting United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
JOHN J. KUCERA, CSB 274184
Assistant United States Attorney
Asset Forfeiture Section
    Federal Courthouse, 14th Floor
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-3391
    Facsimile: (213) 894-7177
    E-mail:    John.Kucera@usdoj.gov

Attorneys for Plaintiff
United States of America
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CV 14-07228 CAS (CJx) |
| Plaintiff, | |
| v. | CONSENT JUDGMENT OF FORFEITURE |
| $25,147.17 IN IN BANK FUNDS SEIZED FROM ONE JP MORGAN CHASE BANK ACCOUNT, | |
| Defendant. | |
| JUAN M. REYNOSO AND ARYANNA REYNOSO, | |
| Claimants. | |

This action was filed on September 16, 2014. Notice was given and published in accordance with law. Claimants Juan M. Reynoso and Aryanna Reynoso ("Claimants") filed the only claims

1

1 to the defendant $25,147.17 in bank funds (the "defendant
2 funds"), which was seized on or about April 21, 2014.  No other
3 statements of interest or answers have been filed, and the time
4 for filing such statements of interest and answers has expired.
5 Plaintiff and Claimants have reached an agreement that is
6 dispositive of the action.  The parties have requested that the
7 Court enter this Consent Judgment of Forfeiture.
8      **WHERE, IT IS ORDERED, ADJUDGED AND DECREED:**
9      A.   This Court has jurisdiction over this action pursuant
10 to 28 U.S.C. §§ 1345 and 1355 and over the parties hereto.
11      B.   The Complaint for Forfeiture states a claim for relief
12 pursuant to 21 U.S.C. § 881(a)(6).
13      C.   Notice of this action has been given in accordance
14 with law.  All potential claimants to the defendant funds other
15 than Claimants are deemed to have admitted the allegations of
16 the Complaint.  The allegations set out in the Complaint are
17 sufficient to establish a basis for forfeiture.
18      D.   The United States of America shall have judgment as to
19 $15,000.00 of the defendant funds, together with all interest
20 earned by the government on that amount of the defendant funds
21 since seizure, and no other person or entity shall have any
22 right, title or interest therein.
23      E.   $10,147.17 of the defendant funds, together with all
24 interest earned by the government on that amount since seizure,
25 shall be paid to Claimants no later than sixty (60) days from
26 the date of entry of this judgment, through their attorney, Mike
27 Ayaz, by electronic transfer directly into the account entitled
28 "Rick A. Blake Attorney-Client Trust Account."  Claimants agree

1  to provide the appropriate financial institution account
2  information with 10 days of execution of this consent judgment.
3  Said payment shall be subject to applicable federal law.
4      F.   Prior to the return of the $10,147.17 of the defendant
5  funds, Claimants shall each sign an IRS "Notification of Law"
6  regarding structuring (attached hereto and incorporated herein).
7      G.   Claimants have released the United States of America,
8  its agencies, agents, and officers, including employees and
9  agents of the Internal Revenue Service, from any and all claims,
10 actions or liabilities arising out of or related to this action,
11 including, without limitation, any claim for attorney's fees,
12 costs or interest which may be asserted on behalf of the
13 Claimants, whether pursuant to 28 U.S.C. § 2465 or otherwise.
14 Nothing in this proposed consent judgment is intended as, nor
15 should anything in this proposed consent judgment be interpreted
16 as an admission by claimants of any liability or wrongdoing.
17     H.   The court finds that there was reasonable cause for
18 the seizure of the defendant funds and institution of these
19 proceedings.  This judgment shall be construed as a certificate
20 of reasonable cause pursuant to 28 U.S.C. § 2465.

Dated: October 27, 2014        _____
                               THE HONORABLE CHRISTINA A. SNYDER
                               UNITED STATES DISTRICT JUDGE

28 (Cont'd)

**Approved as to form and content:**

DATED: October 24, 2014

STEPHANIE YONEKURA
Acting United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section

\_\_\_\_\_/S/_____
JOHN J. KUCERA
Assistant United States Attorney
Asset Forfeiture Section

Attorneys for Plaintiff
UNITED STATES OF AMERICA

DATED: October 23, 2014

_____
MIKE AYAZ, ESQ.

Attorney for Claimants
JUAN M. REYNOSO and ARYANA REYNOSO